◾ THE PEOPLE OF THE STATE OF NEW YORK v CRAIG SKINNER. — Motion, insofar as it seeks reargument, granted, and, on reconsideration, the court adheres to its original order of affirmance (99 AD2d 933). Concur — Murphy, P. J., Ross, Carro, Silverman and Fein, JJ.

◾ In the Matter of DAVID R. WESSER v STATE OF NEW YORK, DEPARTMENT OF HEALTH, STATE BOARD OF PROFESSIONAL MEDICAL CONDUCT. — Motion granted insofar as to amend the order of this court entered on May 24, 1983, and the memorandum decision filed therewith (94 AD2d 681), by adding, at the end of the respective decretal paragraphs, the following sentence: "The clerk is directed to enter judgment in favor of respondent-appellant vacating the judgment and dismissing the petition." Concur — Murphy, P. J., Bloom, Milonas and Kassal, JJ.